**O**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON PATTEN,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>GOV. JERRY BROWN, ET AL.,<br><br>　　　　Defendants. | CASE NO. ED CV 11-01633 DSF (RZ)<br><br>ORDER ACCEPTING FIRST INTERIM REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

The Court has reviewed the file in this matter, and has read and reviewed the First Interim Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a <u>de novo</u> review of those portions of the First Interim Report to which Plaintiff has objected. The Court accepts the findings and recommendations in the First Interim Report.

DATED: 12/8/11

*[signature: Dale S. Fischer]*

　　　　　　　　　　　　DALE S. FISCHER
　　　　　　　　　　　UNITED STATES DISTRICT JUDGE