O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| JASON PATTEN, | ) | CASE NO. ED CV 11-01633 DSF (RZ) |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS IN SECOND REPORT AND |
| J. WALKER, ET AL., | ) | RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| Defendants. | ) | |

The Court has reviewed the file in this matter, and has read and reviewed the Second Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a <u>de novo</u> review of those portions of the Second Report to which Plaintiff has objected. The Court accepts the findings and recommendations in the Second Report, and thus –

1. grants in part defendant Walker's motion to dismiss;

2. grants in part the dismissal motion by defendants Lee and Branton;

3. dismisses from the action, without prejudice (for Plaintiff's failure to accomplish service of process), defendants Clark, Brisco, Oglesby, Mixon and Lowen; and

///

///

    4.    dismisses the state-law-based claims from the action without prejudice. Under separate cover, the Court will enter an appropriate Judgment.

DATED: 11/13/13

*/s/ Dale S. Fischer*

DALE S. FISCHER
UNITED STATES DISTRICT JUDGE