**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JASON PATTEN, | ) | CASE NO. ED CV 11-01633 DSF (RZ) |
| Plaintiff, | ) ) | |
| vs. | ) ) | JUDGMENT |
| J. WALKER, ET AL., | ) ) | |
| Defendants. | ) ) | |

Pursuant to the Court's Order Accepting Findings And Recommendations In the Second Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the action is dismissed without prejudice.

DATED: 11/13/13

_____
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE