**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| JASON PATTEN, | ) | NO. ED CV 11-1633-DSF(E) |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| J. WALKER, et al., | ) | |
| Defendants. | ) | |

    IT IS ADJUDGED that the action is dismissed without prejudice.

         DATED: 3/10/16

                                    _____
                                          DALE S. FISCHER
                                    UNITED STATES DISTRICT JUDGE